IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-330-M

| | | |
|---|---|---|
| JUDSON WITHAM, | ) | |
| Plaintiff, | ) | ORDER |
| v | ) | |
| TERRENCE BOYLE, ET AL, | ) | |
| Defendants. | ) | |

This matter is before the Court on the deficiency order entered by United States Magistrate Judge Robert B. Jones, Jr. [DE-3.] The order noted several deficiencies in Plaintiff's filing and gave Plaintiff fourteen (14) days, until July 7, 2020, to remedy those deficiencies. The order also warned Plaintiff that failure to correct the deficiencies "may result in the dismissal of this action without prejudice for failure to prosecute." [DE-3.] Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action for failure to prosecute.

Plaintiff has filed nothing further in this action and has not corrected any of the noted deficiencies. Therefore, this matter is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk is directed to close the case.

SO ORDERED, this the 10th day of July, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE